THE STATE EX REL. BELLERSON, APPELLEE, *v.* DEVERY, ADMR.; INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Bellerson v. Devery* (1998), 82 Ohio St.3d 377.]

(No. 95–2318—Submitted May 26, 1998—Decided July 22, 1998.)

*Brian W. Harter,* for appellee.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would reverse the judgment of the court of appeals.